IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| GREGORY R. DAVIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 6:10cv00018 |
| v. | ) |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## FINAL JUDGMENT AND ORDER

For reasons stated in the accompanying Memorandum Opinion, summary judgment is hereby entered for the defendant. It is **ORDERED** that this case be dismissed and stricken from the docket of the court.

The Clerk is directed to send certified copies of this Judgment and Order to all counsel of record.

Entered: July 6, 2011

/s/ Michael F. Urbanski
Michael F. Urbanski
United States District Judge